IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JONATHAN TORREY DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19-CV-353 |
| | ) | |
| WILLIAM T. SCHATZMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the parties. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation at Doc. 138.

It is **ORDERED AND ADJUDGED** that the plaintiff's motion for leave to amend the complaint, Doc. 124, is **DENIED**.

This the 13th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE